# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERNEST DEAN CARPENTER,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-00867-PMP-(CWH)

**ORDER**

    Petitioner has submitted a motion for reconsideration (#23). It appears that in his amended declaration (#20) petitioner asked the court to stay this action while he returned to state court. The court will grant petitioner's motion.

    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#23) is **GRANTED**. The order (#21) and judgment (#22) dismissing this action are **VACATED**.

    IT IS FURTHER ORDERED that, pursuant to LR 7-2, respondents shall have fourteen (14) days from the date of entry of this order to file and serve a response to petitioner's request for a stay in his declaration (#19) and amended declaration (#20). Petitioner shall have seven (7) days from the date of service of the response to file a reply.

    DATED: February 10, 2012

_____
PHILIP M. PRO
United States District Judge