1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                         **DISTRICT OF NEVADA**
8

9   ERNEST DEAN CARPENTER,

10          Petitioner,                    Case No. 2:11-CV-00867-PMP-(CWH)

11   vs.                                    **ORDER**

12   D. W. NEVEN, et al.,

13          Respondents.

14

15          The court has considered petitioner's request for a stay in his declaration (#20), respondents'

16   opposition (#25), and petitioner's reply (#26).  The court finds that good cause exists to stay this

17   action.

18          Petitioner has submitted a motion for additional time (#27) to return to state court.  This

19   motion is moot because, in staying this action, the only time limit that the court imposes is upon

20   petitioner moving to reopen the action.

21          IT IS THEREFORE ORDERED that this action is **STAYED** pending exhaustion of the

22   unexhausted claims.  Petitioner shall return to this court with a motion to reopen within sixty (60)

23   days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court

24   proceedings.  Further, petitioner or respondents otherwise may move to reopen the matter and seek

25   any relief appropriate under the circumstances.

26          IT IS FURTHER ORDERED that the clerk of court shall administratively close this action

27   until such time as the court grants a motion to reopen the matter.

28

1    IT IS FURTHER ORDERED that petitioner's motion for additional time (#27) is **DENIED**

2  as moot.

3    DATED: July 27, 2012

4

5                                                    _____

6                                                    PHILIP M. PRO
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28