# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST DEAN CARPENTER,<br><br>　　Petitioner,<br><br>vs.<br><br>D. W. NEVEN, et al.,<br><br>　　Respondents. | Case No. 2:11-cv-00867-PMP-CWH<br><br>**ORDER** |

　　The court stayed this action to allow petitioner to exhaust his available state court remedies. Order (#28). Petitioner has filed a motion to lift the stay (#29), stating that his proceedings in state court have concluded. Respondents do not oppose the motion (#31). The court grants this motion.

　　IT IS THEREFORE ORDERED that petitioner's motion to lift the stay (#29) is **GRANTED**. This action is **REINSTATED**.

　　IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the petition (#3). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

　　DATED: July 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge