## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ERNEST DEAN CARPENTER,

        Petitioner,                        2:11-cv-00867-APG-CWH

vs.                                            **MINUTES OF THE COURT**

DWIGHT NEVEN, *et al.*,               December 17, 2015

        Respondents.

_____/

PRESENT:
THE HONORABLE   **ANDREW P. GORDON**   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   **JAMES R. BARKLEY**      REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING
COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Petitioner has filed a motion for an extension of time to file a reply to respondents' answer (ECF No. 45). ECF No. 50. The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay. Good cause appearing,

     **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time (ECF No. 50) is GRANTED. Petitioner shall have until **February 16, 2016**, to file and serve his reply to respondents' answer (ECF No. 45).

                                                             LANCE S. WILSON, CLERK

                                                             By:   /s/ James R. Barkley
                                                                       Deputy Clerk